# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE POOLE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>D. SMITH, Warden,<br><br>　　　　Respondent. | 1:07-CV-0147 OWW WMW HC<br><br>ORDER GRANTING IN FORMA PAUPERIS STATUS |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

**Dated:   March 6, 2007**　　　　　　　　/s/  **William M. Wunderlich**
bl0dc4　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE